IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAWN D. MERKE** | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| **LOCKHEED MARTIN, et al.** | : NO. 12-6995 |

### ORDER

AND NOW, this 18th day of March 2015, upon consideration of Defendants' Motion for Summary Judgment (ECF Doc. No. 35), Plaintiff's Response (ECD Doc. No. 38) and Defendants' Reply (ECF Doc. No. 40), and statements of undisputed facts by all parties (ECF Doc. Nos. 48, 49, 51) and following the March 3, 2015 oral argument (ECF Doc. No. 52), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**. All claims filed by the Plaintiff are **DISMISSED** as a matter of law for the reasons set forth in the accompanying opinion.

_____
KEARNEY, J.